```
                            United States Bankruptcy Court
                             Southern District of Georgia
In re:                                                              Case No. 16-40643-EJC
William A Bailey                                                    Chapter 7
Jacqueline Lebron Bailey
        Debtors                   CERTIFICATE OF NOTICE
District/off: 113J-4          User: rcreel                  Page 1 of 3              Date Rcvd: Sep 05, 2017
                              Form ID: 309A                 Total Noticed: 85


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2017.
db/jdb       +William A Bailey,    Jacqueline Lebron Bailey,    25 Escapade Lane,    Savannah, GA 31405-9454
aty          +Craig Alan Call,    Scheer & Montgomery, P.C.,    8 East Liberty Street,
               Savannah, GA 31401-3921
aty          +L. Stephen O'Hearn,    Bart Meyer & Company, LLP,    P.O. Box 16089,    Savannah, GA 31416-2789
aty          +Lisa F. Caplan,    Rubin Lublin, LLC,   3145 Avalon Ridge Place, Suite 100,
               Peachtree Corners, GA 30071-1570
aty          +Philip L. Rubin,    Lefkoff, Rubin & Gleason,    5555 Glenridge Connector,    Suite 900,
               Atlanta, GA 30342-4762
tr           +Tiffany E. Caron, Trustee,    P.O. Box 9056,   Savannah, GA 31412-9056
sp           +Craig A Call,    8 East Liberty Street,   Savannah, GA 31401-3921
6984069       Aafes Bankruptcy Noticing Center,    Attn: GC-G&R,    P.O. Box 650060,    Dallas TX 75265-0060
6947816       Absolute Resolutions Corporation,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
               Rochester, MI 48308-0730
6705470      +Accel Recv M,   3219 Atlantic Blvd,    Jacksonville FL 32207-8901
6984068       Atlantic Radiology Associates, LLC,    PO Box 347226,    Miami FL 33234-7226
6705474      +Calvary SPV I, LLC / Ge Capital Retail,    C/O William D Nartey,
               3565 Piedmont Rd, Bldg 2,Ste 318,    Atlanta GA 30305-8202
6705477      +Central Financial Control,    Po Box 66044,   Anaheim CA 92816-6044
6984070      +Chatham Orthopaedic Associates, P.A.,    4425 Paulsen Street,   Savannah GA 31405-3662
6705480      +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
               Saint Louis MO 63179-0040
6705482      +Credit Collection Serv,    Po Box 61295,   Savannah GA 31420-1295
6705487      +Daniel L Rodriquez Velez,    2580 Court House Rd,   Guyton GA 31312-5013
6705497      +Everhome Mortgage Co/Ever Bank,    Attn: Bankruptcy Department,    301 West Bay Street,
               Jacksonville FL 32202-5184
6984072       Georgia Emergency Physician Specialists,    PO Box 3291,   Indianapolis IN 46206-3291
6728907      +Jasmine Brown,    804 Veterans Pkwy 46,   Hinesville, GA 31313-6410
6705502      +Kay Jewelers/Sterling Jewelers Inc.,    Sterling Jewelers,    Po Box 1799,   Akron OH 44309-1799
6705503      +Lakesha Bennett,    610 Shirehill St,   Bremerton WA 98310-2307
6728908      +Mariely Ortiz,    1 Prince Anthony Lane,   Palm Coast, FL 32164-7163
6984073       Memorial Health Univ. Medical Center,    PO Box 102500,    Atlanta GA 30368-2500
6705507      +Midland Funding/Yamaha,    C/O Green & Cooper,   615 Colonial Park Drive,
               Roswell GA 30075-3783
6705508      +Mohela/Dept of Ed,    633 Spirit Dr,   Chesterfield MO 63005-1243
6705509      +Navy Federal Cr Union,    Po Box 3700,   Merrifield VA 22119-3700
6705511      +New South Fed Saving,    251 No 21st Street,   Birmingham AL 35211-3200
6705512      +PNC,   Attention: Bankruptcy,    6750 Miller Rd.,    Brecksville OH 44141-3262
6770499       PNC Bank, National Association,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
               Salt Lake City, UT 84165-0250
6705515      +Radio Shack/Citibank,    Citicorp/Centralized Bankruptcy,    Po Box 790040,
               Saint Louis MO 63179-0040
6705518     ++STELLAR RECOVERY INC,   PO BOX 48370,    JACKSONVILLE FL 32247-8370
             (address filed with court: Stellar Recovery Inc,     1327 Hwy 2 W,   Suite 100,
               Kalispell MT 59901)
6984074      +Savannah Bone and Joint,    PO Box 14099,   Belfast ME 04915-4034
6984075      #Savannah Chatham Imaging LLC,    PO Box 3042,   Indianapolis IN 46206-3042
6705516      +Select Portfolio Servicing, Inc,    Po Box 65250,   Salt Lake City UT 84165-0250
6984076       Southside Fire/EMS,    1399 Dean Forest Rd,   Savannah GA 31405-9307
6984077       St. Joseph's/Candler,    Dept 2439,   PO Box 2252,   Birmingham AL 35246-2439
6722680      +St.JosephsCandler,    5353 Reynolds St.,   Savannah, GA 31405-6015
6786696      +US DEPT OF EDUCATION / MOHELA,    633 SPIRIT DR,    CHESTERFIELD, MO 63005-1243
6705525      +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,   Mason OH 45040-8053
6984078      +Wetherington Chiropractic Clinic,    329 Eisenhower Drive, Suite D,    Savannah GA 31406-2695
6705528      +World Omni,    P.o. Box 91060,   Mobile AL 36691-1060

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: courtdocs@jpytte.com Sep 05 2017 19:11:42     John E. Pytte,    P O Box 949,
               Hinesville, GA  31310
tr           +E-mail/Text: savbnc@ch13sav.com Sep 05 2017 19:12:28     O Byron Meredith, III,    P O Box 10556,
               Savannah, GA 31412-0756
tr           +EDI: QTECARON Sep 05 2017 18:58:00      Tiffany E. Caron, Trustee,   P.O. Box 9056,
               Savannah, GA 31412-9056
ust          +E-mail/Text: ustpregion21.sv.ecf@usdoj.gov Sep 05 2017 19:12:11     Office of the U. S. Trustee,
               Johnson Square Business Center,    2 East Bryan Street, Ste 725,    Savannah, GA 31401-2638
cr           +EDI: AISACG.COM Sep 05 2017 18:58:00      Capital One Auto Finance,
               c/o Ascension Capital Group,    P.O. Box 201347,   Arlington, TX 76006-1347
6712958       EDI: AIS.COM Sep 05 2017 18:58:00      American InfoSource LP as agent for,
               T Mobile/T-Mobile USA Inc,    PO Box 248848,   Oklahoma City, OK  73124-8848
6705498       EDI: BANKAMER.COM Sep 05 2017 18:58:00      Fia Csna,   Po Box 982238,    El Paso TX 79998
6705472      +EDI: BANKAMER.COM Sep 05 2017 18:58:00      Bank Of America,   Nc4-105-03-14,    Po Box 26012,
               Greensboro NC 27420-6012
6761406       EDI: CBSAAFES.COM Sep 05 2017 18:58:00      Army & Air Force Exchange Services,
               Attention: GC-G,    3911 S. Walton Walker Blvd.,    Dallas, TX 75236
```

```
District/off: 113J-4                  User: rcreel                  Page 2 of 3                  Date Rcvd: Sep 05, 2017
                                      Form ID: 309A                 Total Noticed: 85

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
6705473        +E-mail/Text: bankruptcy@cavps.com Sep 05 2017 19:12:36     Calvary Portfolio Services,
                 500 Summit Lake Dr,   Ste 400,   Valhalla NY 10595-2322
6705475        +EDI: CAPIO.COM Sep 05 2017 18:58:00     Capio Partners Llc,   Attn: Bankruptcy,
                 2222 Texoma Pkwy  Ste 150,   Sherman TX 75090-2481
6705476        +EDI: CAPONEAUTO.COM Sep 05 2017 18:58:00     Capital One Auto Finance,   7933 Preston Rd,
                 Plano TX 75024-2302
6710032        +EDI: AISACG.COM Sep 05 2017 18:58:00     Capital One Auto Finance, division Capital One NA,
                 P.O. Box 201347,   Arlington, TX 76006-1347
6735506        +E-mail/Text: bankruptcy@cavps.com Sep 05 2017 19:12:36     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
6705479        +EDI: CHASE.COM Sep 05 2017 18:58:00     Chase Card Services,   Attn: Correspondence Dept,
                 Po Box 15298,   Wilmington DE 19850-5298
6705481        +E-mail/Text: morgan@collectron.us Sep 05 2017 19:11:57     Collectron Inc,   Attn:Bankruptcy,
                 Po Box 8,   Savannah GA 31402-0008
6705484        +EDI: CCS.COM Sep 05 2017 18:58:00     Credit Collections Svc,   Po Box 773,
                 Needham MA 02494-0918
6705493        +E-mail/Text: electronicbkydocs@nelnet.net Sep 05 2017 19:12:29     Dept Of Ed/Nelnet,
                 Attn: Claims,   Po Box 82505,   Lincoln NE 68501-2505
6705494        +EDI: DISCOVER.COM Sep 05 2017 18:58:00     Discover Financial,   Attn: Bankruptcy,
                 Po Box 3025,   New Albany OH 43054-3025
6705495        +EDI: DCI.COM Sep 05 2017 18:58:00     Diversified Consultant,   Dci,   Po Box 551268,
                 Jacksonville FL 32255-1268
6705496        +E-mail/Text: bknotice@erccollections.com Sep 05 2017 19:12:29     ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,   Jacksonville FL 32256-7412
6984071         E-mail/Text: pba_legal@duvasawko.com Sep 05 2017 19:12:55     Georgia Emergency Associates,
                 P.O. Box 10066,   Savannah GA 31412-0266
6769490        +EDI: HY11.COM Sep 05 2017 18:58:00     Hyundai Capital America DBA,   Hyundai Motor Finance,
                 PO Box 20809,   Fountain Valley, CA 92728-0809
6705499        +EDI: HY11.COM Sep 05 2017 18:58:00     Hyundai Finc,   Attn: Bankruptcy,   Po Box 20809,
                 Fountain City CA 92728-0809
6764009         EDI: JEFFERSONCAP.COM Sep 05 2017 18:58:00     Jefferson Capital Systems LLC,   Po Box 7999,
                 Saint Cloud Mn 56302-9617
6705501         EDI: JEFFERSONCAP.COM Sep 05 2017 18:58:00     Jefferson Capital Systems, LLC,   16 Mcleland Rd,
                 Saint Cloud MN 56303
6705504        +E-mail/Text: BANKRUPTCY@LANIERCOLLECTIONS.COM Sep 05 2017 19:12:43     Lca Services Inc,
                 18 Park Of Commerce Blvd,   Savannah GA 31405-7410
6705471        +EDI: MID8.COM Sep 05 2017 18:58:00     Midland Credit Management, Inc. as,
                 agent for Asset Acceptance, LLC,   Attn: Bankrupcy Dept,   Po Box 2036,   Warren MI 48090-2036
6705506        +EDI: MID8.COM Sep 05 2017 18:58:00     Midland Funding,   2365 Northside Dr,   Suite 300,
                 San Diego CA 92108-2709
6770411        +EDI: MID8.COM Sep 05 2017 18:58:00     Midland Funding LLC,   PO Box 2011,
                 Warren MI 48090-2011
6705510        +EDI: NFCU.COM Sep 05 2017 18:58:00     Navy Federal Cr Union,   One Security Place,
                 Merrifield VA 22119-0001
6739370        +EDI: NFCU.COM Sep 05 2017 18:58:00     Navy Federal Credit Union,   PO Box 3000,
                 Merrifield, VA 22119-3000
6705513         EDI: PRA.COM Sep 05 2017 18:58:00     Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,
                 Norfolk VA 23541
6770443         EDI: PRA.COM Sep 05 2017 18:58:00     Portfolio Recovery Associates, LLC,
                 C/O Capital One Bank (USA), N.a.,   POB 41067,   Norfolk VA 23541
6705514        +E-mail/Text: admin@pdminc.net Sep 05 2017 19:11:47     Professional Debt Medi,
                 7948 Bay Meadows Way,   2nd floor,   Jacksonville FL 32256-8539
6733054         EDI: NEXTEL.COM Sep 05 2017 18:58:00     Sprint,   Attn Bankruptcy Dept,   PO Box 7949,
                 Overland Park KS 66207-0949
6705517        +E-mail/Text: cop@santander.us Sep 05 2017 19:12:23     Sovereign Bank,   Mail Code 10-6438-CC7,
                 601 Penn St,   Redding PA 19601-3544
6705519        +EDI: RMSC.COM Sep 05 2017 18:58:00     Syncb/Rooms To Go,   Attn: Bankruptcy,   Po Box 103104,
                 Roswell GA 30076-9104
6705520        +E-mail/Text: bankruptcydepartment@tsico.com Sep 05 2017 19:12:47     Transworld Systems I,
                 Po Box 17205,   Wilmington DE 19850-7205
6710471        +E-mail/Text: electronicbkydocs@nelnet.net Sep 05 2017 19:12:29
                 U.S. Department of Education C/O Nelnet,   121 South 13th Street, Suite 201,
                 Lincoln, NE 68508-1911
6705522         EDI: USAA.COM Sep 05 2017 18:58:00     USAA,   PO Box 47504,   San Antonio TX 78265
6705523        +EDI: USAA.COM Sep 05 2017 18:58:00     Usaa Savings Bank,   10750 Mc Dermott,
                 San Antonio TX 78288-1600
6705524        +EDI: VERIZONEAST.COM Sep 05 2017 18:58:00     Verizon,   500 Technology Dr,   Suite 500,
                 Weldon Spring MO 63304-2225
6705526        +EDI: WFFC.COM Sep 05 2017 18:58:00     Wells Fargo Bank,   Mac F82535-02f,   Po Box 10438,
                 Des Moines IA 50306-0438
                                                                                                TOTAL: 44

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Hyundai Motor Finance Company
cr             PNC Bank, National Association
cr             SELECT PORTFOLIO SERVICING, INC.
6705500        Jasmine Brown
6705505        Mariely Ortiz
```

```
District/off: 113J-4          User: rcreel                 Page 3 of 3                   Date Rcvd: Sep 05, 2017
                              Form ID: 309A                Total Noticed: 85

6705521      ##+Usa Discounters Credit,    Po Box 8008,    Attn: Bankruptcy Department,
               Virginia Beach VA 23450-8008
                                                                                        TOTALS: 5, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2017 at the address(es) listed below:
```
              Craig Alan Call    on behalf of Special Counsel Craig A Call ccall@sampclaw.com
              John E. Pytte     on behalf of Joint Debtor Jacqueline   Lebron Bailey courtdocs@jpytte.com,
               johnepyttepc@gmail.com
              John E. Pytte     on behalf of Debtor William A Bailey courtdocs@jpytte.com,   johnepyttepc@gmail.com
              L. Stephen O'Hearn    on behalf of Creditor    Hyundai Motor Finance Company ohearnnotices@gmail.com
              Lisa F. Caplan    on behalf of Creditor    PNC Bank, National Association lcaplan@rubinlublin.com,
               nbrown@rubinlublin.com;akhosla@rubinlublin.com
              Lisa F. Caplan    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC. lcaplan@rubinlublin.com,
               nbrown@rubinlublin.com;akhosla@rubinlublin.com
              O Byron Meredith, III    ecfsav1@ch13sav.com
              Office of the U. S. Trustee    Ustpregion21.sv.ecf@usdoj.gov
              Philip L. Rubin    on behalf of Creditor    Hyundai Motor Finance Company arichie@lrglaw.com
              Tiffany  E. Caron, Trustee    tiffany.caron@hotmail.com,
               tcaron@ecf.epiqsystems.com;holly.biddle@hotmail.com
                                                                                               TOTAL: 10
```

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **William A Bailey**<br>First Name   Middle Name   Last Name | Social Security number or ITIN | **xxx–xx–9771** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Jacqueline Lebron Bailey**<br>First Name   Middle Name   Last Name | Social Security number or ITIN | **xxx–xx–4254** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Southern District of Georgia** | Date case filed in chapter **13** | **4/29/16** |
| Case number: | **16–40643–EJC** | Date case converted to chapter **7** | **9/5/17** |

<u>Official Form 309A (For Individuals or Joint Debtors)</u>
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                       12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at <u>www.pacer.gov</u>).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | William A Bailey | Jacqueline Lebron Bailey |
| 2. | **All other names used in the last 8 years** | | fka Jacqueline C Rodriguez, fka Jaqueline Correa Lebron |
| 3. | **Address** | 25 Escapade Lane<br>Savannah, GA 31405 | 25 Escapade Lane<br>Savannah, GA 31405 |
| 4. | **Debtor's attorney**<br>Name and address | John E. Pytte<br>P O Box 949<br>Hinesville, GA 31310 | Contact phone 912–369–3569<br><br>Email:  courtdocs@jpytte.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Tiffany E. Caron, Trustee<br>P.O. Box 9056<br>Savannah, GA 31412 | Contact phone 912–234–1215 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                          page **1**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 125 Bull St, Rm 213<br>P.O. Box 8347<br>Savannah, GA 31412 | Hours open Mon–Fri<br>8:30AM–5:00PM<br><br>Contact phone 912–650–4100<br><br>Date: 9/5/17 |
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 6, 2017 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** **Valid photo identification required** *** | Location:<br><br>**Office of the U S Trustee, Johnson Square Business Center, 2 E Bryan St, Ste 725, Bkcy Mtg Rm B, Savannah, GA 31401** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/5/17** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

**ADDITIONAL COURT SPECIFIC INFORMATION.**

| | |
|---|---|
| **ID Required at Meeting Of Creditors** | Debtor's photo ID and Social Security Card must be presented at the Meeting of Creditors. |
| **11 USC 521(i) Automatic Dismissal Deadline** | 45 days after the filing of the petition |
| **Abandonments of Property** | The Trustee will consider abandonments of property at the Meeting of Creditors. Any objections to the Trustee's Abandonments shall be filed and hearing thereon requested within 15 days after said meeting. |
| **Multi−Court Voice Case Information System (McVCIS)** | An automated response for further information on this case is available 24 hours daily by calling the Multi−Court Voice Case Information System (McVCIS) toll free number 1−866−222−8029, selecting your language, and pressing 42, and then 1, to access the United States Bankruptcy Court for the Southern District of Georgia. Please have the case number, social security number, or debtor name available when calling. In addition, you may also contact the Clerk's Office directly. Please note that McVCIS is NOT the official court record. The official court record continues to be maintained only by the Clerk's Office. |
| **Other information** | |

For The Court:

*Lucinda Rauback, CLERK*
United States Bankruptcy Court
125 Bull St, Rm 213
P.O. Box 8347
Savannah, GA 31412

Dated: 9/5/17