UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

In re:  
    WILLIAM A BAILEY  
    JACQUELINE LEBRON BAILEY  
    Debtor(s)

Case No. 16-40643-EJC

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

O. Byron Meredith III, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/29/2016.

2) The plan was confirmed on 08/15/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 09/05/2017.

6) Number of months from filing to last payment: 16.

7) Number of months case was pending: 17.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $44,486.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $6,997.65 |
| Less amount refunded to debtor | $210.29 |
| **NET RECEIPTS:** | **$6,787.36** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $660.99 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,660.99** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACCEL RECV M | Unsecured | 689.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS AGE | Unsecured | NA | 464.94 | 464.94 | 15.65 | 0.00 |
| ARMY & AIR FORCE EXCHANGE SER | Unsecured | NA | 8,832.95 | 8,832.95 | 297.33 | 0.00 |
| BANK OF AMERICA | Unsecured | 6,200.00 | NA | NA | 0.00 | 0.00 |
| CALVARY SPV I LLC | Unsecured | 3,525.00 | 3,525.14 | 3,525.14 | 118.67 | 0.00 |
| CALVARY SPV I, LLC / GE CAPITAL R | Unsecured | 3,525.00 | NA | NA | 0.00 | 0.00 |
| CAPIO PARTNERS LLC | Unsecured | 999.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 5,769.00 | 5,769.56 | 5,769.56 | 194.21 | 0.00 |
| CENTRAL FINANCIAL CONTROL | Unsecured | 2,703.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD SERVICES | Unsecured | 711.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK / SEARS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| COLLECTRON INC | Unsecured | 743.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERV | Unsecured | 2,267.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTIONS SVC | Unsecured | 412.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION/MOHI | Unsecured | NA | 4,828.35 | 4,828.35 | 162.53 | 0.00 |
| DISCOVER FINANCIAL | Unsecured | 7,280.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED CONSULTANT | Unsecured | 482.00 | NA | NA | 0.00 | 0.00 |
| EVERHOME MORTGAGE CO/EVER B | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FIA CSNA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| HYUNDAI MOTOR FINANCE CO. | Secured | 36,938.00 | 36,543.97 | NA | 0.00 | 0.00 |
| JASMINE BROWN | Priority | NA | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 214.00 | 505.65 | 505.65 | 17.02 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | 505.00 | NA | NA | 0.00 | 0.00 |
| KAY JEWELERS/STERLING JEWELER | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| LAKESHA BENNETT | Priority | NA | NA | NA | 0.00 | 0.00 |
| LCA SERVICES INC | Unsecured | 805.00 | NA | NA | 0.00 | 0.00 |
| MARIELY ORTIZ | Priority | NA | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, II | Unsecured | NA | 3,421.09 | 3,421.09 | 115.16 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 1,525.66 | 1,525.66 | 44.11 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 8,986.19 | 8,986.19 | 302.51 | 0.00 |
| MIDLAND FUNDING/YAMAHA | Secured | 7,438.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MOHELA/DEPT OF ED | Unsecured | 4,796.00 | NA | NA | 0.00 | 0.00 |
| NAVY FEDERAL CR UNION | Unsecured | 3,697.00 | NA | NA | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 1,851.00 | 53.00 | 53.00 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | NA | 355.50 | 355.50 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | NA | 3,701.31 | 3,701.31 | 124.58 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | NA | 10,307.80 | 10,307.80 | 346.98 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | NA | 1,744.47 | 1,744.47 | 58.73 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | NA | 949.93 | 949.93 | 31.99 | 0.00 |
| NEW SOUTH FED SAVING | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PNC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 581.00 | 559.91 | 559.91 | 16.18 | 0.00 |
| PROFESSIONAL DEBT MEDI | Unsecured | 1,492.00 | NA | NA | 0.00 | 0.00 |
| RADIO SHACK/CITIBANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICING INC | Secured | NA | NA | 547.73 | 547.73 | 0.00 |
| SELECT PORTFOLIO SERVICING INC | Secured | 92,879.00 | 92,808.09 | 92,808.09 | 0.00 | 0.00 |
| SOVEREIGN BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SPRINT CORP. | Unsecured | 850.00 | 548.51 | 548.51 | 15.86 | 0.00 |
| ST JOSEPH'S/CANDLER | Unsecured | NA | 1,081.00 | 1,081.00 | 36.38 | 0.00 |
| STELLAR RECOVERY INC | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/ROOMS TO GO | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS I | Unsecured | 731.00 | NA | NA | 0.00 | 0.00 |
| U S DEPT OF EDUCATION | Unsecured | 13,750.00 | 20,223.21 | 20,223.21 | 680.75 | 0.00 |
| USA DISCOUNTERS CREDIT | Secured | 2,688.00 | NA | NA | 0.00 | 0.00 |
| USAA | Unsecured | 20,049.00 | NA | NA | 0.00 | 0.00 |
| USAA SAVINGS BANK | Unsecured | 6,962.00 | NA | NA | 0.00 | 0.00 |
| VISA DEPT STORE NATIONAL BANK | Unsecured | 608.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| WORLD OMNI | Unsecured | 13,215.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $92,808.09 | $0.00 | $0.00 |
| Mortgage Arrearage | $547.73 | $547.73 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$93,355.82** | **$547.73** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$77,384.17** | **$2,578.64** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $3,660.99 |
| Disbursements to Creditors | $3,126.37 |
| **TOTAL DISBURSEMENTS** : | **$6,787.36** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/04/2017                    By: /s/ O. Byron Meredith III
                                                                  Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**